387 A.2d 126

Wittmer, Appellant, v. Wittmer.

Argued December 12,

1977. Benjamin Novak, with him Novak, Donovan & Friedman, for appellant; John R. Miller, III, with him Miller, Kistler & Campbell, for appellee.

Order affirmed.

WATKINS, P. J., did not participate in the consideration or decision of this case.